UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| EDWIN PRALL, II,<br><br>                Plaintiff,<br><br>   v.<br><br>KASEY HOLM; RONA SIEGERT; KARA BOYER; and PROVIDER UNDERWOOD,<br><br>                Defendants. | Case No. 1:22-cv-00245-AKB<br><br>**ORDER OF DISMISSAL** |

Pending before the Court in this prisoner civil rights matter is Defendants' Motion for Summary Judgment. (Dkt. 19). Plaintiff did not file a timely response.

On July 11, 2023, the Court ordered Plaintiff to file a response within fourteen days and notified Plaintiff that, if he failed to timely respond to the Motion for Summary Judgment, this case would be dismissed without further notice under Rule 41(b) of the Federal Rules of Civil Procedure. (Dkt. 28). The Court later granted in part Plaintiff's request for more time, setting the due date as October 13, 2023. (Dkt. 33) (order dated September 22, 2023, setting a twenty-one-day deadline). Plaintiff still has not responded to the Motion for Summary Judgment.

Accordingly, the Court will dismiss this case in its entirely.

ORDER OF DISMISSAL - 1

## ORDER

**IT IS ORDERED:**

1. This case is DISMISSED with prejudice for failure to prosecute and failure to comply with a court order. *See* Fed. R. Civ. P. 41(b).

2. Defendants' Motion for Summary Judgment (Dkt. 19) is MOOT.

DATED: January 23, 2024

*Amanda K. Brailsford*
_____
Amanda K. Brailsford
U.S. District Court Judge