UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| EDWIN PRALL, II,<br><br>           Plaintiff,<br><br>  v.<br><br>KASEY HOLM; RONA SIEGERT; KARA BOYER; and PROVIDER UNDERWOOD,<br><br>           Defendants. | Case No. 1:22-cv-00245-AKB<br><br>**JUDGMENT** |

In accordance with the Order of Dismissal filed on this date, IT IS ORDERED, ADJUDGED, and DECREED that this case is dismissed with prejudice. Additionally, this case is ordered closed.

DATED: January 23, 2024

_____
Amanda K. Brailsford
U.S. District Court Judge

JUDGMENT - 1